# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff-Respondent,<br><br>    vs.<br><br>RODERICK EARL VANGA<br><br>               Defendant-Movant. | NO.  CR11-246RSL<br><br>SCHEDULING ORDER ON MOTION FOR REDUCTION OF SENTENCE |

THIS MATTER comes on before the above entitled court *sua sponte*.

On April 17, 2017, the Defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2).  Dkt. # 169.  Pursuant to that filing the following "Scheduling Order" is generated.

1.  The Government's Response shall be due no later than June 15, 2017.

2.  Any Reply Brief shall be filed no later than June 30, 2017.

3.  The Clerk of Court shall note Defendant's Motion to Reduce Sentence on the Court's calendar for June 30, 2017.

DATED this 17th day of May, 2017.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

SCHEDULING ORDER ON MOTION FOR REDUCTION OF SENTENCE