UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK EARL VANGA,<br><br>Defendant. | Case No. CR11-246RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO APPOINT COUNSEL ON APPEAL |

This matter comes before the Court on Roderick Earl Vanga's *pro se* motion to appoint counsel on appeal. Dkt. # 177. The Court denied Mr. Vanga's motion to reduce his sentence under 18 U.S.C. § 3582, Dkt. # 175, and he seeks appointment of counsel to appeal that denial. A defendant does not have a right to counsel in § 3582 motions. United States v. Townsend, 98 F.3d 510, 512 (9th Cir. 1996). A court may appoint counsel for a party unable to afford it, 28 U.S.C. § 1915(e)(1), but only in "exceptional circumstances" that require a party be likely to succeed on the merits, Agyeman v. Corr. Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). Mr. Vanga's argument is not likely to succeed, and his motion is accordingly DENIED.

DATED this 7th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 1
*United States v. Vanga*, CR11-246RSL